ants' must account to the plaintiff for the one third part of the judgment debt.

1818.

Decree accordingly.

SCHOONMAKER
v.
GILLETT.

SCHOONMAKER *against* GILLETT.

*February* 10.

On affidavits of a breach of an injunction to stay waste, and of personal service of a copy of the affidavits, and notice of the motion, an attachment was ordered to bring up the defendant to answer for the contempt.

THE defendant was, on the 7th of *January* last, served with an injunction to stay waste. On the 2d of *February* inst. he was served with a notice on the part of the plaintiff, that the Court would be moved on the 9th inst. that he stand committed to prison for breach of the injunction; and he was at the same time served with copies of the affidavits of *Charles Ely*, and of the plaintiff, stating, that on the 3d inst., a son of the defendant was cutting and felling trees on the premises, in sight of the defendant, who saw it, as was believed; and that the defendant at the same time was requested not to cut the timber, and replied, that he would cut the timber.

*H. Bleecker*, on the above affidavits, moved for an attachment to bring up the defendant. He cited 2 *Harr. Pr.* 268. *Newland's Prac.* 101.

No opposition was made.

THE CHANCELLOR, on the authority of the case of *Angerstein* v. *Hunt*, (6 *Vesey*, 488.) and on the due service of the affidavits and notice, ordered, that an attachment issue to the sheriff to bring the defendant into court, to answer for the contempt.